MHN

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Clifton R. Porter
)
)
)
)
)
(Name of the plaintiff or plaintiffs)
)
)
v.
)
)
Rush University
)
Medical Center
)
)
)
(Name of the defendant or defendants)
)

C

**08CV2003**
**JUDGE CASTILLO**
**MAG.JUDGE COLE**

**RECEIVED**

APR – 9 2008
4-9-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1.  This is an action for employment discrimination.

2.  The plaintiff is _Clifton R. Porter_ of the county of _Cook_ in the state of _Illinois_.

3.  The defendant is _Rush University Medical Center_, whose street address is _1653 West Harrison Street_, (city) _Chicago_ (county) _Cook_ (state) _Illinois_ (ZIP) _60621_ (Defendant's telephone number) (_312_) – _942-5000_

4.  The plaintiff sought employment or was employed by the defendant at (street address) _1653 West Harrison Street_ (city) _Chicago_ (county) _Cook_ (state) _Illinois_ (ZIP code) _60621_

5. The plaintiff [*check one box*]

    (a) ☐      was denied employment by the defendant.

    (b) ☐      was hired and is still employed by the defendant.

    (c) ☒      was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month) _August_ , (day) _12_ , (year) _2006_ .

7.1   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

      (a) The defendant is not a federal governmental agency, and the plaintiff  [*check*

      *one box*]  ☐ *has not*      filed a charge or charges against the defendant

                  ☒ *has*

asserting the acts of discrimination indicated in this complaint with any of the following

government agencies:

    (i)     ☐ the United States Equal Employment Opportunity Commission, on or about

           (month)_____ (day)_____ (year)_____ .

    (ii)    ☒ the Illinois Department of Human Rights, on or about

           (month) _September_ (day) _5_ (year) _2006_ , _11-15-06_, _1-8-07_, _3-13-07_

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is

attached.  ☒ YES.    ☐ NO, **but plaintiff will file a copy of the charge within 14 days**.

It is the policy of both the Equal Employment Opportunity Commission and the Illinois

Department of Human Rights to cross-file with the other agency all charges received. The

plaintiff has no reason to believe that this policy was not followed in this case.

7.2     The defendant is a federal governmental agency, and

      (a) the plaintiff previously filed a Complaint of Employment Discrimination with the

      defendant asserting the acts of discrimination indicated in this court complaint.

☐    Yes (month)_____ (day)_____ (year) _____

☐    No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____
(day) _____ (year) _____.

(c)    Attached is a copy of the

(i)  Complaint of Employment Discrimination,

☐ YES    ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ YES    ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐    the United States Equal Employment Opportunity Commission has not issued

a *Notice of Right to Sue.*

(b)☒    the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on
(month) January (day) 11 (year) 2008 a copy of which
*Notice* is attached to this complaint.    2 - 12 - 08

9.    The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

(a)☒    Age (Age Discrimination Employment Act).

(b)☐    Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐ Religion (Title VII of the Civil Rights Act of 1964)

(g)☐ Sex (Title VII of the Civil Rights Act of 1964)

10.  If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11.  Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12.  The defendant [*check only those that apply*]

(a)☐ failed to hire the plaintiff.

(b)☒ terminated the plaintiff's employment.

(c)☐ failed to promote the plaintiff.

(d)☐ failed to reasonably accommodate the plaintiff's religion.

(e)☒ failed to reasonably accommodate the plaintiff's disabilities.

(f)☒ failed to stop harassment;

(g)☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☒ other (specify): Retaliation, assault and battery

4

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

_See attached - Paragraph 13_

_____

_____

_____

_____

_____

14.    **[*AGE DISCRIMINATION ONLY*]**  Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☒ YES    ☐ NO

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐    Direct the defendant to hire the plaintiff.

(b) ☐    Direct the defendant to re-employ the plaintiff.

(c) ☐    Direct the defendant to promote the plaintiff.

(d) ☐    Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐    Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐    Direct the defendant to (specify): _____

_____

_____

_____

_____

_____

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_Clifton Porter_

(Plaintiff's name)

Clifton R. Porter

(Plaintiff's street address)

8212 South Ridgeland Avenue

_____

(City) Chicago   (State) Illinois (ZIP) 60617

(Plaintiff's telephone number) (773) – 731 – 6608

Date: April 9th 2008

Paragraph 13

1. I am Clifton Porter, age 53, and I worked for Rush University Medical Center from July 2005 to November 2005 in their Day Worker Program, as a stock clerk in the warehouse.

2. I met or exceeded Rush's expectations as a Day Worker and Rush hired me permanently as a stock clerk in their warehouse, on November 7, 2005.

3. At the time I was hired I was 50 years of age.

4. From the time I was hired until August 11, 2007, I was never written up for any type of infractions of Rush's policies.

5. On August 12, 2006, Robert Melcher, Rush's S.P.D. supervisor was physically threatening, wrote me up for non-existent reasons, harassed me about my work performance, and made remarks about my age, which was witnessed by another employee.

6. Similarly situated younger employees were not harassed in this manner.

7. On August 28, 2006, Robert Melcher gave me a negative performance evaluation.

8. Up to this point in time, I had still met Rush's expectations for a stock clerk.

9. Similarly situated younger employees with bad performance and attendance records were not harassed in the same manner as myself.

10. On August 28, 2006, Robert Melcher threatened to write me up for an infraction of a policy that was nonexistent, threatened me with bodily harm, physically leaned against me in a threatening manner, and made comments about my age.

11. I reported the physical threats to Rush's Human Resources Dept., and they said the matter would be investigated and told me to leave the door open whenever discussing work related issues with Robert Melcher.

12. I was afraid to be alone with Robert Melcher, so Rush's HR Department had me sign a waiver in case anyone overheard what was being said between Robert Melcher and myself, and told me to continue to leave the door open to allow me to feel comfortable in case any further threats were made by Robert Melcher.

Page 1 of 4

Paragraph 13 (cont.)

13. On September 5, 2006, I filed a discrimination complaint with the Illinois Department of Human Rights (I.D.H.R) because of Rush's seemingly unwillingness to protect me from physical harm, or to take the charges of harassment and age discrimination seriously.

14. Rush responded to the complaint with the I.D.H.R on or about November 6, 2006.

15. On November 9, 2006, I was working in an aisle of the warehouse when John Andrews, distribution manager, approached me and commented that I should not have filed with the I.D.H.R. and asked me to stop working and attend a meeting with him concerning unavailability.

16. In the meeting on November 9, 2006, at about 6 P.M., John Andrews presented a write-up that he wanted me to sign for two tardies and one absence. I reminded John Andrews that I was with him and HR employee, Gabe Ceperich in a meeting at Human Resources for one of the tardies. For the other tardy, I was in Human Resources filing a grievance.

17. As for the one absence, I was sick, but had met all of the requirements for calling in sick.

18. John Andrews responded that I was right and I asked him for a copy of the write-up, which he refused to give me, so I left and returned to work.

19. Five days later, on November 14, 2006, John Andrews gave me a Level 3 write-up claiming that I had ignored Rush's ICare policy by raising my voice. John Andrews did not adhere to policy in that I had never received a Level 1 or Level 2 write-up prior to this Level 3.

20. Due to the comment by John Andrews on November 9, 2006 that I should not have filed charges with the I.D.H.R, I believe the Level 3 write-up was in retaliation for filing the charges.

21. On November 15, 2006, I filed charges of retaliation with the I.D.H.R. against Rush University Medical Center.

*Page 2 of 4*

Paragraph 13 (cont.)

22. On December 22, 2006, Robert Melcher subjected me to unequal terms and conditions of employment by asking me to perform additional tasks during my normal 8-hour shift, which would have normally taken 4 or 5 more people to perform.

23. As I was leaving for the night, Robert Melcher asked me why I had not done the additional tasks. I responded that it was impossible to fulfill my regular duties, which I had completed, and to also do the additional tasks in an 8-hour period.

24. Robert Melcher did not ask a similarly situated younger employee, Mr. Malcolm Ellis, age 28, the only other employee working with me that night, why the work was not done. In fact, he never asked Mr. Ellis to perform these duties or even mentioned the work to Mr. Ellis.

25. The next weekend, December 29, 2006, Robert Melcher again asked me to perform extra work that could not be completed in an 8-hour shift. Feeling that my job was threatened, I worked through my lunch period to get Robert Melcher to stop harassing me, but the task could not be completed within my shift.

26. On January 8, 2007, I again filed retaliation charges against Rush with the I.D.H.R.

27. When I filed charges with the I.D.H.R. on September 5, 2006, I engaged in a protected activity opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my age.

28. On February 14, 2007, Robert Melcher, S.P.D. warehouse supervisor, repeatedly poked me in my chest while having harsh words with me over a work related issue, in front of witnesses. I filed a grievance concerning this incident to Rush's HR, and asked, begged, and pleaded with them to follow their own policy of no tolerance regarding matters of physical threats or harassment by employees, vendors, or management.

29. The harassment became worse and fearing that the violence would also escalate, I contacted the I.D.H.R., who informed me that they did not have an entity, such as a police force, that could protect me. They advised me to contact the Chicago Police Department.

Paragraph 13 (cont.)

30. On March 8, 2007, at 11 A.M., after repeated attempts to resolve the discrimination and physical intimidation issues with Rush's HR Department, I was finally compelled to go to the Chicago Police Department where I filed a charge of simple battery against Robert Melcher for poking me in my chest. This battery took place at the Rush warehouse in front of witnesses.

31. On March 8, 2007, at approximately 1:40 P.M., I went to Rush's HR Department and filed a grievance against Rush for not protecting me from physical harm. I also informed them that I had filed simple battery charges against Robert Melcher and provided them with a copy of the charge, which was dated stamped by Emma, the receptionist. I arrived at work at 2:10 P.M. and waited for my 2:30 shift to begin.

32. At 2:30 P.M., I attempted to punch in and my time card would not work. I began attending to my duties and informed John Andrews that my time card did not work. John Andrews informed me that we would talk about it in a minute.

33. At 2:50 P.M., John Andrews summoned me into the supervisor's office and told me I was fired, giving no reason. Two members of Rush's security force escorted me from the premises.

34. On March 13, 2007, I filed a third retaliation charge with the I.D.H.R.

35. The defendant then unsuccessfully contested my unemployment benefits.

Page 4 of 4

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form.<br><br>#07W0905.06 | ☒ IDHR<br><br>☐ EEOC | 2007CA0529 |

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Clifton Porter | HOME TELEPHONE (Include area code)<br>(773) 731-6608 | |
|---|---|---|
| STREET ADDRESS<br>8212 S. Ridgeland | CITY, STATE AND ZIP CODE<br>Chicago, IL 60617 | DATE OF BIRTH<br>02/11/55 |

NAMED IS THE EMPOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Rush University Medical Center | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (Include area code)<br>(773) 942-5000 |
|---|---|---|
| STREET ADDRESS<br>1653 W. Harrison | CITY, STATE AND ZIP CODE<br>Chicago, IL 60621 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>AGE | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>09/05/06<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I.  A.  ISSUE/BASIS
          VERBAL REPRIMAND – AUGUST 12, 2006, DUE TO MY AGE, 51

   B.  PRIMA FACIE ALLEGATIONS
       1.  I am 51 years old.

       2.  My work performance as stock clerk met Respondent's expectations. I was hired on
           November 7, 2005.

       3.  On August 12, 2006, I was issued a verbal reprimand by Robert Malcher (40's), Supervisor.
           The reason cited for the verbal reprimand was because I had been absent/unavailable to
           work for five days and that I reported to work tardy one day for the period of November 7,
           2005 thru August 12, 2006.

**(Continued)**

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS _____ 9/5/06 <br><br> NOTARY SIGNATURE        MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"<br>RAQUEL C. GUERRA<br>Notary Public, State of Illinois<br>My Commission Expires 4/12/2008<br><br>NOTARY SEAL | X _Clifton Porter_  – 9-5-06 <br> SIGNATURE OF COMPLAINANT        DATE <br><br> I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Complainant: Clifton P̶̶̶r
Charge Number: 2007CA0529
Page 2

4.  A similarly situated younger employee, Corey Alexander, has by far been absent more frequently than I, for the same period of time, but was not issued a verbal reprimand for his conduct.

II.   A.   ISSUE/BASIS
      NEGATIVE PERFORMANCE EVALUATION – AUGUST 28, 2006, DUE TO MY AGE, 51

      B.   PRIMA FACIE ALLEGATIONS
      1.  I am 51 years old.

      2.  My work performance as stock clerk met Respondent's expectations. I was hired on November 7, 2005.

      3.  On August 28, 2006, I was issued a negative performance evaluation by Robert P. Malcher (40's), Supervisor. The reason cited for the issuance of the negative performance evaluation was because I partially met Respondent's performance standards.

      4.  My overall work performance was as good or better than my similarly situated younger employees who did not receive a negative performance evaluation.

III   A.   ISSUE/BASIS
      HARASSMENT – AUGUST 12, AND AGAIN ON AUGUST 28, 2006, DUE TO MY AGE, 51

      B.  PRIMA FACIE ALLEGATIONS
      1   I am 51 years old.

      2.  My work performance as stock clerk met Respondent's expectations. I was hired on November 7, 2005.

      3.  On August 12, 2006, and again on August 28, 2006, I was harassed by Robert P. Malcher (40's), Supervisor.  On August 12, 2006, Malcher threatened to write me up for a non-existent reason and harassed me about my work performance. On August 28, 2006, Malcher intimidated me by threatening me with bodily harm. I reported the incident to Respondent's Human Resources Department.  Human Resources told me that I could leave the door open whenever Malcher and I ever meet in his office to discuss work related issues.

      4.   Similarly situated younger employees are not harassed in this manner.

HMS/JJT/RCG

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.  07M0620.03 | ☒ IDHR  ☐ EEOC | 2007CA3522 |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)  Mr. Clifton Porter | HOME TELEPHONE (include area code)  (773) 731-6608 | |
|---|---|---|
| STREET ADDRESS  8212 S. Ridgeland Avenue | CITY, STATE AND ZIP CODE  Chicago, IL 60617 | Date of Birth  02/11/55 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| Name  Rush University Medical Center | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code)  (312) 942-5000 |
|---|---|---|
| STREET ADDRESS  1653 W. Harrison | CITY, STATE AND ZIP CODE  Chicago, IL 60621 | COUNTY  Cook |

| CAUSE OF DISCRIMINATION BASED ON: THE PARTICULARS ARE (if additional space is needed attach extra sheets)  Age | DATE OF DISCRIMINATION  EARLIEST (ADEA/EPA) LATEST (ALL)  11/14/06  ☐ CONTINUING ACTION |
|---|---|

### THIS IS A TECHNICAL AMENDMENT TO CORRECT A PREVIOUSLY ASSIGNED CHARGE NUMBER

This technical amendment only changes the charge number attributed to the purported amendment in Charge No: **2007CA0529** a copy of which is attached. The corrected charge number for this amendment is identified above and incorporated herein.

All procedures applicable to a charge filed under the Illinois Human Rights Act apply to this technical amendment. This technical amendment does not change the substantive allegations of the attached charge, does not require Complainant's notarized signature, and does not require a new verified response if already filed with the Department.

**All submissions to the Department by the parties related to the allegations contained in the attached charge must reference the charge number identified above.**

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures

FORM 5 (5/05)

2007CA3522

# CHARGE OF DISCRIMINATION

The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form.

#07W0905.06A1

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2007CA0529 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)  Clifton Porter | HOME TELEPHONE (include area code)  (773) 731-6608 |
|---|---|

| STREET ADDRESS  8212 S. Ridgeland Avenue | CITY, STATE AND ZIP CODE  Chicago, IL 60617 | DATE OF BIRTH  02/11/55 |
|---|---|---|

NAMED IS THE EMPOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME  Rush University Medical Center | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code)  (312) 942-5000 |
|---|---|---|

| STREET ADDRESS  1653 W. Harrison | CITY, STATE AND ZIP CODE  Chicago, IL 60621 | COUNTY  Cook |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON:  AGE | DATE OF DISCRIMINATION  EARLIEST (ADEA/EPA) LATEST (ALL)  11/14/06  ☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

## AMENDMENT #1

**\* This amendment is taken to add issue (s)/basis IV-V**

IV.  A.  **ISSUE/BASIS**

**LEVEL THREE WARNING – NOVEMBER 14, 2006, DUE TO MY AGE, 51**

B.  **PRIMA FACIE ALLEGATIONS**

1.  I am 51 years old.

2.  My work performance as stock clerk met Respondent's expectations. I was hired on November 7, 2005.

3.  On November 14, 2006, I was issued a level three warning by John Andrews (40's), Distribution Warehouse Manager. The reason cited for issuing me a level three warning was allegedly exhibiting behavior inconsistent with Respondent's values (Icare), which occurred on November 9, 2006.

**(Continued)**

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS  11/15/06  NOTARY SIGNATURE          MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"  JACQUELYN TURNER HAMB  Notary Public, State of Illinois  My Commission Expires 9/21/09  **NOTARY SEAL** | X _____     11-15-06  SIGNATURE OF COMPLAINANT     DATE  I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Complainant: Clifton Po...er
Charge Number: 2007CA0529
Page 2

4. I did not engage in nor did I exhibit behavior inconsistent with Respondent's values, because the incident in question never occurred.

5. Similarly situated younger employees under similar circumstances would not have been issued level three warning for their conduct.

## V. A. ISSUE/BASIS

LEVEL THREE WARNING – NOVEMBER 14, 2006, IN RETALIATION FOR HAVING FILED DISCRIMINATION CHARGE #2007CA0529 AGAINST RESPONDENT WITH THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS

## B. PRIMA FACIE ALLEGATIONS

1. On September 5, 2006, I filed discrimination charge #2007CA0529 on the basis of age discrimination against Respondent with the Illinois Department of Human Rights. Shortly thereafter Respondent was served notice of my charge. The matter is now pending before the Department.

2. On November 14, 2006, I was issued a level three warning by John Andrews, Distribution Warehouse Manager. The reason cited for issuing me a level three warning was for allegedly exhibiting behavior inconsistent with Respondent's values (Icare), which occurred on November 9, 2006.

3. The issuance of the level three warning followed my having engaged in a protected activity within a short period of time, thereby, raising an inference of retaliatory motivation.

HMS/JJT/RCG

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>07M0702.04 | AGENCY<br>☒ IDHR<br><br>☐ EEOC | CHARGE NUMBER<br><br>2007CF3705 |
|---|---|---|

| Illinois Department of Human Rights and EEOC |
|---|

| NAME (indicate Mr. Ms. Mrs.)<br>Clifton Porter | HOME TELEPHONE (include area code)<br>(773) 731-6608 | |
|---|---|---|
| STREET ADDRESS<br>8212 S. Ridgeland Ave | CITY, STATE AND ZIP CODE<br>Chicago, IL 60617 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME  Rush University Medical Center | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code)<br>(312) 942-5000 | |
|---|---|---|---|
| STREET ADDRESS<br>1653 W. Harrison | CITY, STATE AND ZIP CODE<br>Chicago, IL 60621 | | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON: THE PARTICULARS ARE (If additional space is needed attach extra sheets)<br><br>Age | DATE OF DISCRIMINATION<br><br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>11/14/06<br><br>☐ CONTINUING ACTION |
|---|---|

**THIS IS A TECHNICAL AMENDMENT TO CORRECT A PREVIOUSLY ASSIGNED CHARGE NUMBER**

This technical amendment only changes the charge number attributed to the purported amendment in Charge No: <u>2007CA0529</u>, a copy of which is attached. The corrected charge number for this amendment is identified above and incorporated herein.

All procedures applicable to a charge filed under the Illinois Human Rights Act apply to this technical amendment. This technical amendment does not change the substantive allegations of the attached charge, does not require Complainant's notarized signature, and does not require a new verified response if already filed with the Department.

**All submissions to the Department by the parties related to the allegations contained in the attached charge must reference the charge number identified above.**

| | |
|---|---|
| | |
| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | |

FORM 5 (5/05)

# CHARGE OF DISCRIMINATION

The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form.

#07W0905.06A1

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2007CA0529 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)  Clifton Porter | HOME TELEPHONE (include area code)  (773) 731-6608 | |
|---|---|---|
| STREET ADDRESS  8212 S. Ridgeland Avenue | CITY, STATE AND ZIP CODE  Chicago, IL 60617 | DATE OF BIRTH  02/11/55 |

NAMED IS THE EMPOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME  Rush University Medical Center | NUMBER OF EMPLOYEES,  MEMBERS 15+ | TELEPHONE (include area code)  (312) 942-5000 |
|---|---|---|
| STREET ADDRESS  1653 W. Harrison | CITY, STATE AND ZIP CODE  Chicago, IL 60621 | COUNTY  Cook |

| CAUSE OF DISCRIMINATION BASED ON:  AGE | DATE OF DISCRIMINATION  EARLIEST (ADEA/EPA)  LATEST (ALL)  11/14/06  ☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

### AMENDMENT #1

\* This amendment is taken to add issue (s)/basis IV-V

IV. **A.   ISSUE/BASIS**
   **LEVEL THREE WARNING – NOVEMBER 14, 2006, DUE TO MY AGE, 51**

**B.   PRIMA FACIE ALLEGATIONS**

1. I am 51 years old.

2. My work performance as stock clerk met Respondent's expectations. I was hired on November 7, 2005.

3. On November 14, 2006, I was issued a level three warning by John Andrews (40's), Distribution Warehouse Manager. The reason cited for issuing me a level three warning was allegedly exhibiting behavior inconsistent with Respondent's values (Icare), which occurred on November 9, 2006.

**(Continued)**

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS _____ 11/15/06  NOTARY SIGNATURE          MONTH DATE-YEAR |
|---|---|
| | X _____          11-15-06  SIGNATURE OF COMPLAINANT          DATE |

"OFFICIAL SEAL"
JACQUELYN TURNER HAMB
Notary Public, State of Illinois
My Commission Expires 9/21/09

**NOTARY SEAL**

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

FORM 5 (5/05)

**Complainant: Clifton Porter**
**Charge Number: 2007CA0529**
**Page 2**

4. I did not engage in nor did I exhibit behavior inconsistent with Respondent's values, because the incident in question never occurred.

5. Similarly situated younger employees under similar circumstances would not have been issued level three warning for their conduct.

## V. A. ISSUE/BASIS

LEVEL THREE WARNING – NOVEMBER 14, 2006, IN RETALIATION FOR HAVING FILED DISCRIMINATION CHARGE #2007CA0529 AGAINST RESPONDENT WITH THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS

### B. PRIMA FACIE ALLEGATIONS

1. On September 5, 2006, I filed discrimination charge #2007CA0529 on the basis of age discrimination against Respondent with the Illinois Department of Human Rights. Shortly thereafter Respondent was served notice of my charge. The matter is now pending before the Department.

2. On November 14, 2006, I was issued a level three warning by John Andrews, Distribution Warehouse Manager. The reason cited for issuing me a level three warning was for allegedly exhibiting behavior inconsistent with Respondent's values (Icare), which occurred on November 9, 2006.

3. The issuance of the level three warning followed my having engaged in a protected activity within a short period of time, thereby, raising an inference of retaliatory motivation.

HMS/JJT/RCG

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | ☒ IDHR | 2007CF3706 |
| 07M0702.04 | ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME (Indicate Mr. Ms. Mrs.) | HOME TELEPHONE (Include area code) |
|---|---|
| Clifton Porter | (773) 731-6608 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 8212 S. Ridgeland Ave | Chicago, IL 60617 | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME  Rush University Medical Center | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code) (312) 942-5000 |
|---|---|---|

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1653 W. Harrison | Chicago, IL 60621 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: THE PARTICULARS ARE (if additional space is needed attach extra sheets) | DATE OF DISCRIMINATION |
|---|---|
| Age | EARLIEST (ADEA/EPA)  LATEST (ALL) 11/14/06 ☐ CONTINUING ACTION |

**THIS IS A TECHNICAL AMENDMENT TO CORRECT A PREVIOUSLY ASSIGNED CHARGE NUMBER**

This technical amendment only changes the charge number attributed to the purported amendment in Charge No: **2007CA0529**, a copy of which is attached. The corrected charge number for this amendment is identified above and incorporated herein.

All procedures applicable to a charge filed under the Illinois Human Rights Act apply to this technical amendment. This technical amendment does not change the substantive allegations of the attached charge, does not require Complainant's notarized signature, and does not require a new verified response if already filed with the Department.

**All submissions to the Department by the parties related to the allegations contained in the attached charge must reference the charge number identified above.**

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures

FORM 5 (5/05)

# CHARGE OF DISCRIMINATION

The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form.

#07W0905.06A2

| | |
|---|---|
| **AGENCY** | **CHARGE NUMBER** |
| ☒ IDHR | 2007CA0529 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

**NAME (indicate Mr. Ms. Mrs.)**
Clifton Porter

**HOME TELEPHONE (include area code)**
(773) 731-6608

**STREET ADDRESS**
8212 S. Ridgeland Avenue

**CITY, STATE AND ZIP CODE**
Chicago, IL 60617

**DATE OF BIRTH**
02/11/55

**NAMED IS THE EMPOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)**

**NAME**
Rush University Medical Center

**NUMBER OF EMPLOYEES, MEMBERS 15+**

**TELEPHONE (include area code)**
(312) 942-5000

**STREET ADDRESS**
1653 W. Harrison

**CITY, STATE AND ZIP CODE**
Chicago, IL 60621

**COUNTY**
Cook

**CAUSE OF DISCRIMINATION BASED ON:**

AGE     RETALIATION

**DATE OF DISCRIMINATION**
EARLIEST (ADEA/EPA) LATEST (ALL)
12/29/06

☐ CONTINUING ACTION

**THE PARTICULARS ARE (If additional space is needed attach extra sheets)**

## AMENDMENT II

**\* This amendment is taken to add issues VI and VII.**

VI.   A.   ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – DECEMBER 22, 2006, BASED ON MY AGE, 51

B.   PRIMA FACIE ALLEGATIONS

1. I am 51 years old.

2. My work performance as stock clerk met Respondent's expectations. I was hired on November 7, 2005.

(Continued)

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 1/8/07

NOTARY SIGNATURE          MONTH DATE-YEAR

X _____  1-8-07
SIGNATURE OF COMPLAINANT     DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

"OFFICIAL SEAL"
RAQUEL C. GUERRA
Notary Public, State of Illinois
My Commission Expires 4/12/2008

NOTARY SEAL

FORM 5 (5/05)

Complainant: Clifton P.
Charge Number: 2007CAu529
Page 2

3. On December 22, 2006, Robert Malcher (40's), Supervisor, subjected me to unequal terms and conditions of employment when he asked me to do work that is not usually done on Fridays. The work that Malcher wanted me to perform takes four to five people to perform, but he wanted me to do it with only one other person.

4. As I was leaving for the day, Malcher asked me why I had not done the work he left for me to do. Malcher did not ask Malcolm Ellis (28), why the job was not done.

VII.    A.    ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT -- DECEMBER 29, 2006, IN RETALIATION FOR OPPOSING UNLAWFUL DISCRIMINATION BASED ON MY AGE, 51

B.    PRIMA FACIE ALLEGATIONS

1. On September 5, 2006, I engaged in a protected activity when I filed a charge of discrimination with the Department of Human Rights opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my age.

2. On December 29, 2006, Robert Malcher, Supervisor subjected me to unequal terms and conditions of employment when he asked me to do work that is not usually done on Fridays. The work that Malcher wanted me to perform usually takes four to five people to perform but he wanted me to do it with only one other person.

3. Malcher does not ask similarly situated employees who have not engaged in a protected activity to perform work in question by two people.

MEE/RCG

| **CHARGE OF DISCRIMINATION** | **AGENCY** | **CHARGE NUMBER** |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.    **07M0620,05** | ☒ IDHR<br>☐ EEOC | **2007CA3523** |

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Mr. Clifton Porter | HOME TELEPHONE (include area code)<br>(773) 731-6608 | |
|---|---|---|
| STREET ADDRESS        CITY, STATE AND ZIP CODE<br>7212 S. Ridgeland Avenue    Chicago, IL 60617 | | Date of Birth<br>02/11/55 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| Name<br>Rush University Medical Center | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code)<br>(312) 942-5000 |
|---|---|---|
| STREET ADDRESS        CITY, STATE AND ZIP CODE<br>1653 W. Harrison    Chicago, IL 60621 | | COUNTY<br><br>Cook |

| CAUSE OF DISCRIMINATION BASED ON: THE PARTICULARS ARE (If additional space is needed attach extra sheets)<br><br>Age   Retaliation | DATE OF DISCRIMINATION<br><br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>12/29/06<br><br>☐ CONTINUING ACTION |
|---|---|

**THIS IS A TECHNICAL AMENDMENT TO CORRECT A PREVIOUSLY ASSIGNED CHARGE NUMBER**

This technical amendment only changes the charge number attributed to the purported amendment in Charge No: <ins>2007CA0529</ins> a copy of which is attached. The corrected charge number for this amendment is identified above and incorporated herein.

All procedures applicable to a charge filed under the Illinois Human Rights Act apply to this technical amendment. This technical amendment does not change the substantive allegations of the attached charge, does not require Complainant's notarized signature, and does not require a new verified response if already filed with the Department.

**All submissions to the Department by the parties related to the allegations contained in the attached charge must reference the charge number identified above.**

| | |
|---|---|
| | |
| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | |

FORM 5 (5/05)

2007CA3523

# CHARGE OF DISCRIMINATION

The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form.

#07W0905.06A2

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | **2007CA0529** |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)  Clifton Porter | HOME TELEPHONE (include area code) (773) 731-6608 |
|---|---|

| STREET ADDRESS 8212 S. Ridgeland Avenue | CITY, STATE AND ZIP CODE Chicago, IL 60617 | DATE OF BIRTH 02/11/55 |
|---|---|---|

NAMED IS THE EMPOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME **Rush University Medical Center** | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code) (312) 942-5000 |
|---|---|---|

| STREET ADDRESS 1653 W. Harrison | CITY, STATE AND ZIP CODE Chicago, IL 60621 | COUNTY Cook |
|---|---|---|

| CAUSE OF DISCRIMINATION BASED ON:  AGE    RETALIATION | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) 12/29/06 ☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

### AMENDMENT II

**\* This amendment is taken to add issues VI and VII.**

**VI.  A.  ISSUE/BASIS**

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – DECEMBER 22, 2006, BASED ON MY AGE, 51

**B.  PRIMA FACIE ALLEGATIONS**

1.  I am 51 years old.

2.  My work performance as stock clerk met Respondent's expectations. I was hired on November 7, 2005.

**(Continued)**

---

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS

NOTARY SIGNATURE    MONTH DATE-YEAR

X _[signature]_  1-8-07
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

"OFFICIAL SEAL" RAQUEL C. GUERRA Notary Public, State of Illinois My Commission Expires 4/12/2008

**NOTARY SEAL**

FORM 5 (5/05)

Complainant: Clifton P....er
Charge Number: 2007CA0529
Page 2

3. On December 22, 2006, Robert Malcher (40's), Supervisor, subjected me to unequal terms and conditions of employment when he asked me to do work that is not usually done on Fridays. The work that Malcher wanted me to perform takes four to five people to perform, but he wanted me to do it with only one other person.

4. As I was leaving for the day, Malcher asked me why I had not done the work he left for me to do. Malcher did not ask Malcolm Ellis (28), why the job was not done.

VII. A.     ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – DECEMBER 29, 2006, IN RETALIATION FOR OPPOSING UNLAWFUL DISCRIMINATION BASED ON MY AGE, 51

B.     PRIMA FACIE ALLEGATIONS

1. On September 5, 2006, I engaged in a protected activity when I filed a charge of discrimination with the Department of Human Rights opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my age.

2. On December 29, 2006, Robert Malcher, Supervisor subjected me to unequal terms and conditions of employment when he asked me to do work that is not usually done on Fridays. The work that Malcher wanted me to perform usually takes four to five people to perform but he wanted me to do it with only one other person.

3. Malcher does not ask similarly situated employees who have not engaged in a protected activity to perform work in question by two people.

MEE/RCG

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

07M0620.04

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2007CA3524 |
| ☐ EEOC | |

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.) Mr. Clifton Porter | HOME TELEPHONE (Include area code) (773) 731-6608 | |
|---|---|---|
| STREET ADDRESS 8212 S. Ridgeland Avenue | CITY, STATE AND ZIP CODE Chicago, IL 60617 | Date of Birth 02/11/55 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| Name Rush University Medical Center | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code) (312) 942-5000 | |
|---|---|---|---|
| STREET ADDRESS 1653 W. Harrison | CITY, STATE AND ZIP CODE Chicago, IL 60621 | COUNTY Cook | |

| CAUSE OF DISCRIMINATION BASED ON: THE PARTICULARS ARE (if additional space is needed attach extra sheets) Retaliation | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) 12/29/06 ☐ CONTINUING ACTION |
|---|---|

### THIS IS A TECHNICAL AMENDMENT TO CORRECT A PREVIOUSLY ASSIGNED CHARGE NUMBER

This technical amendment only changes the charge number attributed to the purported amendment in Charge No: **2007CA0529** a copy of which is attached. The corrected charge number for this amendment is identified above and incorporated herein.

All procedures applicable to a charge filed under the Illinois Human Rights Act apply to this technical amendment. This technical amendment does not change the substantive allegations of the attached charge, does not require Complainant's notarized signature, and does not require a new verified response if already filed with the Department.

**All submissions to the Department by the parties related to the allegations contained in the attached charge must reference the charge number identified above.**

| | |
|---|---|
| | |
| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | |

FORM 5 (5/05)

# CHARGE OF DISCRIMINATION

The Privacy Act of 1974 affects this form; See Privacy act statement before completing this form.

#07W0905.06A2

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR | 2007CA0529 |
| ☐ EEOC | |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.) | HOME TELEPHONE (Include area code) |
|---|---|
| Clifton Porter | (773) 731-6608 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |
|---|---|---|
| 8212 S. Ridgeland Avenue | Chicago, IL 60617 | 02/11/55 |

NAMED IS THE EMPOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code) |
|---|---|---|
| Rush University Medical Center | | (312) 942-5000 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1653 W. Harrison | Chicago, IL 60621 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| RETALIATION | 12/29/06 ☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

## AMENDMENT III
### This amendment is taken to add issue VIII.

VIII.    A.    ISSUE/BASIS

       DISCHARGE – MARCH 8, 2007 IN RETALIATION FOR FILING A CHARGE OF DISCRIMINATION WITH THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS.

   B.    PRIMA FACIE ALLEGATION

     1.   On September 5, 2006, I engaged in a protected activity when I filed a charge of discrimination with the Department of Human Rights opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my age.

**(Continued)**

---

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 3/13/07

NOTARY SIGNATURE    MONTH DATE-YEAR

X _____    3-13-07

SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

OFFICIAL SEAL
KRYSTAL ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/18/10

NOTARY SEAL

FORM 5 (5/05)

**Complainant: Clifton Pc**
**Charge Number: 2007CA05.**
**Page 2**

2. On March 8, 2007, John Andrews distribution warehouse manager discharged me. No reason was given for my discharge.

3. The discharge followed my having filed a charge of discrimination against respondent, thereby raising an inference of retaliation motivation.

**MEE/RCG**

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>07M0702.04 | ☒ IDHR<br><br>☐ EEOC | 2007CF3707 |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Clifton Porter | HOME TELEPHONE (include area code)<br>(773) 731-6608 | |
|---|---|---|
| STREET ADDRESS                CITY, STATE AND ZIP CODE<br>8212 S. Ridgeland Ave             Chicago, IL 60617 | | DATE OF BIRTH |

| NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW) | | |
|---|---|---|
| NAME  Rush University Medical Center | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code)<br>(312) 942-5000 |
| STREET ADDRESS          CITY, STATE AND ZIP CODE<br>1653 W. Harrison          Chicago, IL 60621 | | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON: THE PARTICULARS ARE (if additional space is needed attach extra sheets)<br><br>Age | DATE OF DISCRIMINATION<br><br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>11/14/06<br><br>☐ CONTINUING ACTION |
|---|---|

**THIS IS A TECHNICAL AMENDMENT TO CORRECT A PREVIOUSLY ASSIGNED CHARGE NUMBER**

This technical amendment only changes the charge number attributed to the purported amendment in Charge No: **2007CA0529**, a copy of which is attached. The corrected charge number for this amendment is identified above and incorporated herein.

All procedures applicable to a charge filed under the Illinois Human Rights Act apply to this technical amendment. This technical amendment does not change the substantive allegations of the attached charge, does not require Complainant's notarized signature, and does not require a new verified response if already filed with the Department.

**All submissions to the Department by the parties related to the allegations contained in the attached charge must reference the charge number identified above.**

| | |
|---|---|
| ------ | |
| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | |

FORM 5 (5/05)

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form. #07W0905.06A2 | ☒ IDHR<br><br>☐ EEOC | 2007CA0529 |

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Clifton Porter | | HOME TELEPHONE (include area code)<br>(773) 731-6608 |
|---|---|---|
| STREET ADDRESS<br>8212 S. Ridgeland Avenue | CITY, STATE AND ZIP CODE<br>Chicago, IL 60617 | DATE OF BIRTH<br>02/11/55 |

NAMED IS THE EMPOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Rush University Medical Center | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (include area code)<br>(312) 942-5000 |
|---|---|---|
| STREET ADDRESS<br>1653 W. Harrison | CITY, STATE AND ZIP CODE<br>Chicago, IL 60621 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>RETALIATION | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>12/29/06<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed attach extra sheets)

### AMENDMENT III
### This amendment is taken to add issue VIII.

VIII.  A.  ISSUE/BASIS

DISCHARGE – MARCH 8, 2007 IN RETALIATION FOR FILING A CHARGE OF DISCRIMINATION WITH THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS.

B.  PRIMA FACIE ALLEGATION

1.  On September 5, 2006, I engaged in a protected activity when I filed a charge of discrimination with the Department of Human Rights opposing that which I reasonably and in good faith believed to be unlawful discrimination based on my age.

**(Continued)**

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS _3/13/07_<br>NOTARY SIGNATURE            MONTH DATE-YEAR |
|---|---|
| OFFICIAL SEAL<br>KRYSTAL ROGERS<br>NOTARY PUBLIC - STATE OF ILLINOIS<br>MY COMMISSION EXPIRES:11/18/10<br>**NOTARY SEAL** | X_____  3-13-07_<br>SIGNATURE OF COMPLAINANT      DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Complainant: Clifton I      er
Charge Number: 2007CA0529
Page 2

2.   On March 8, 2007, John Andrews distribution warehouse manager discharged me. No reason was given for my discharge.

3.   The discharge followed my having filed a charge of discrimination against respondent, thereby raising an inference of retaliation motivation.

MEE/RCG

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  **Clifton Porter**
    **8212 S Ridgeland Ave**
    **Chicago, IL 60617**

From:  **Chicago District Office**
    **500 West Madison St**
    **Suite 2800**
    **Chicago, IL 60661**

Certified Mail: 7099 3400 0014 4054 3201

|  | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2006-02859 | **Armernola P. Smith,**<br>**State & Local Coordinator** | **(312) 886-5973** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [ ] | Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge. |
| [ ] | While reasonable efforts were made to locate you, we were not able to do so. |
| [ ] | You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged. |
| [ ] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [X] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other *(briefly state)* |

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

*John P. Rowe*                                                 1/11/08

| Enclosures(s) | **John P. Rowe,**<br>**District Director** | *(Date Mailed)* |

cc:  **RUSH UNIVERSITY MEDICAL**

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:   **Clifton Porter**
      **8212 S Ridgeland Ave**
      **Chicago, IL 60617**

From:   **Chicago District Office**
        **500 West Madison St**
        **Suite 2800**
        **Chicago, IL 60661**

**Certified Mail: 7099 3400 0014 4054 3201**

☐  *On behalf of person(s) aggrieved whose identity is*
   *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **21B-2007-02466** | **Armernola P. Smith,**<br>**State & Local Coordinator** | **(312) 886-5973** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐  While reasonable efforts were made to locate you, we were not able to do so.

☐  You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe*                                                1/11/08

Enclosures(s)

**John P. Rowe,**
**District Director**

*(Date Mailed)*

cc:   **RUSH UNIVERSITY MEDICAL**

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Clifton Porter<br>8212 South Ridgeland Avenue<br>Chicago, IL 60617 | From: | Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |
|---|---|---|---|

Certified Mail: 7099 3400 0014 4054 3201

☐    On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2007-02037 | Armernola P. Smith,<br>State & Local Coordinator | (312) 886-5973 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐    Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐    While reasonable efforts were made to locate you, we were not able to do so.

☐    You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐    The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☒    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

| | |
|---|---|
| *John P. Rowe* | 1/11/08 |
| **John P. Rowe,**<br>**District Director** | (Date Mailed) |

Enclosures(s)

cc:    **RUSH UNIVERSITY MEDICAL**

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Clifton Porter**<br>8212 S Ridgeland Ave<br>Chicago, IL 60617 | From: | **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2800**<br>**Chicago, IL 60661** |
|---|---|---|---|

**Certified Mail: 7099 3400 0014 4054 3201**

☐  *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **21B-2007-02496** | **Armernola P. Smith,**<br>**State & Local Coordinator** | **(312) 886-5973** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐  Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐  While reasonable efforts were made to locate you, we were not able to do so.

☐  You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe*                                          1/11/08

| Enclosures(s) | **John P. Rowe,**<br>**District Director** | *(Date Mailed)* |
|---|---|---|

cc:    **RUSH UNIVERSITY MEDICAL**

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To:    **Clifton Porter**
    **8212 S Ridgeland Ave**
    **Chicago, IL 60617**

From:    **Chicago District Office**
    **500 West Madison St**
    **Suite 2800**
    **Chicago, IL 66061**

    Certified Mail: 7099 3400 0014 4054 3201

☐   *On behalf of person(s) aggrieved whose identity is*
    *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2007-02497 | **Armernola P. Smith,**<br>**State & Local Coordinator** | **(312) 886-5973** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐   Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐   While reasonable efforts were made to locate you, we were not able to do so.

☐   You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe*                                    1/11/08

Enclosures(s)

                   **John P. Rowe,**                            *(Date Mailed)*
                   **District Director**

cc:    **RUSH UNIVERSITY MEDICAL**

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To: **Clifton Porter**<br>8212 S Ridgeland Ave<br>Chicago, IL 60617 | From: **Chicago District Office**<br>500 West Madison St<br>**Suite 2800**<br>**Chicago, IL 60661** |

Certified Mail: 7099 3400 0014 4054 3201

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2007-02038 | **Armernola P. Smith,**<br>**State & Local Coordinator** | **(312) 886-5973** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe*                                1/11/08

Enclosures(s)

**John P. Rowe,**
**District Director**

*(Date Mailed)*

cc:    **RUSH UNIVERSITY MEDICAL**

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Clifton Porter**<br>8212 S Ridgeland Ave<br>Chicago, IL 60617 | From: **Chicago District Office**<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |

**CERTIFIED MAIL 7099 3400 0014 4054 3041**

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **21B-2007-02039** | **Armernola P. Smith,**<br>**State & Local Coordinator** | **(312) 886-5973** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost.** (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe*                    02/12/2008

Enclosures(s)

**John P. Rowe,**
**District Director**

*(Date Mailed)*

cc:     **RUSH UNIVERSITY MEDICAL**