

F I L E D
4-9-2008
APR - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Clifton R. Porter
(Please print)

STREET ADDRESS: 8212 S. Ridgeland Ave.

CITY/STATE/ZIP: Chicago, IL 60617

PHONE NUMBER: 773-731-6608

CASE NUMBER: **08CV2003
JUDGE CASTILLO
MAG. JUDGE COLE**

Signature

Date: April 9th 2008