HHN

FILED
4-9-2008
APR - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Clifton R. Porter
_____
Plaintiff

v.

Rush University Medical Center
_____
Defendant(s)

08CV2003
JUDGE CASTILLO
MAG. JUDGE COLE

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, Clifton R. Porter, declare that I am the ☒ plaintiff ☐ petitioner ☐ movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Question 2)
   I.D. # _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐ Yes ☐ No   Monthly amount: _____

2. Are you currently employed?   ☐ Yes   ☒ No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: March 08, 2007
      Monthly salary or wages: approx. 1,832 monthly
      Name and address of last employer: Rush University Medical Center
      1653 W. Harrison Chicago, Illinois 60621

   b. Are you married?   ☐ Yes   ☒ No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages
      Amount approx. 21,900 yr   Received by Linda Reese   ☒ Yes   ☐ No

      b.     ☐ Business, ☐ profession or ☐ other self-employment      ☐ Yes      ☒ No
Amount _____ Received by _____

      c.     ☐ Rent payments, ☐ interest or ☒ dividends      ☒ Yes      ☐ No
Amount  0.92 cents  Received by _____

      d.     ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☒ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support      ☒ Yes      ☐ No
Amount  7,690  Received by  Clifton Porter

      e.     ☐ Gifts or ☐ inheritances      ☐ Yes      ☒ No
Amount _____ Received by _____

      f.     ☐ Any other sources (state source  Federal Tax Return )  ☒ Yes      ☐ No
Amount  1,262.00  Received by  Clifton R. Porter

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐ Yes  ☒ No   Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?  ☒ Yes  ☐ No
Property: Walgreens Stock  Current Value:  359.38
In whose name held:  Clifton R. Porter  Relationship to you: _____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☒ Yes  ☐ No
Address of property:  8212 S. Ridgeland Ave. Chicago, Ill. 60617
Type of property:  House  Current value:  Approx 110,000.00
In whose name held:  Reese/Porter  Relationship to you:  Friend
Amount of monthly mortgage or loan payments:  $611.00
Name of person making payments:  Linda Reese

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?  ☒ Yes  ☐ No
Property:  2004 Jeep Cherokee
Current value:  9,600.00
In whose name held:  Clifton Porter  Relationship to you: _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: April 9th 2008

_Clifton Put_
Signature of Applicant

_Clifton Porter_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____    _____
DATE    SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

rev. 10/10/2007