**FILED** MHN
4-9-2008
APR - 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Clifton R. Porter )
)  08CV2003
v. )  JUDGE CASTILLO
Defendant(s) Rush University Medical Center )  MAG. JUDGE COLE
)

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, _____, declare that I am the (check appropriate box)
   [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

   I have spoken with several lawyers. None would accept my case. Please see attached.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____          8212 South Ridgeland Avenue
Movant's Signature                 Street Address

April 9th 2008                     Chicago, Illinois 60617
Date                               City, State, ZIP

Attachment to Motion for Appointment of Counsel

1. I, Clifton Porter, have spoken with the following attorneys: Arthur Ehrlich, Dwight Lavert, Joe Longo, and R. J. Peters.

2. I have called Lisa Stauff, Mitchell Klein, Halvnen and Associates, and Fern Trevino, who have not responded to my phone calls.

3. I have called the following organizations: American Civil Liberties Union, Cook County Bar Association, IIT-Chicago-Kent College of Law, West Suburban Bar Association, South Suburban Bar Association, and Legal Assistance, South Side Office.