# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2003 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Clifton R. Porter vs. Rush University Medical Center | | |

**DOCKET ENTRY TEXT**

The Court has completed its review of the case docket and hereby grants Plaintiff's application to proceed in forma pauperis [4]0 and his motion for appointment of counsel [5]. Lisa R. Kane of Lisa Kane & Associates PC, 120 S. LaSalle Street, Suite 1420, Chicago, IL 60603, (312) 606-0383 is hereby appointed to represent the plaintiff. Plaintiff's appointed counsel is directed to serve the complaint, make any necessary amendments, and exhaust all settlement possibilities for this delayed case. The Court will hold a settlement conference in chambers on 10/1/2008 at 12:30 p.m. Parties to file a joint status report on or before 9/29/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|