**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number:  08 C 2003 |
|---|---|

CLIFTON R. PORTER
         vs.
RUSH UNIVERSITY MEDICAL CENTER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF - CLIFTON R. PORTER

| NAME (Type or print) |
|---|
| LISA KANE |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| /s/ Lisa Kane |

| FIRM |
|---|
| LISA KANE & ASSOCIATES, P.C. |

| STREET ADDRESS |
|---|
|  |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06203093 | TELEPHONE NUMBER  312/606-0383 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X☐ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X☐ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐