

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CLIFTON R. PORTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 08 C 2003 |
| v. | ) | |
| RUSH UNIVERSITY MEDICAL CENTER, | ) | Hon. Ruben Castillo |
| SYSTEMS, INC., | ) | Judge Presiding |
| Defendant. | ) | Magistrate Judge Cole |

### NOTICE OF FILING

TO:

    PLEASE TAKE NOTICE that on August 8, 2008, I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, the additional appearances of JANICE A. WEGNER, MICHAEL YOUNG, and TYLER MANIC on behalf of Plaintiff, copies of which are also being filed VIA CM/ECF and served upon you.

LISA KANE

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney No. 06203093

**FILED**

AUG 0 8 2008 TC
Aug 8. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PROOF OF SERVICE

    I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached documents to be served upon those persons to whom said Notice is directed, via ECF, this 8th day of August, 2008.

1



# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

CLIFTON R. PORTER,
   vs.
.RUSH UNIVERSITY MEDICAL CENTER

Case Number: 08 C 2003

# FILED

AUG 0 8 2008 TC
Aug 8. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF - CLIFTON R. PORTER

| | |
|---|---|
| **NAME (Type or print)**<br>JANICE A. WEGNER | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)** | |
| **FIRM**<br>LISA KANE & ASSOCIATES, P.C. | |
| **STREET ADDRESS** | |
| **CITY/STATE/ZIP**<br>CHICAGO, ILLINOIS 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>06200062 | **TELEPHONE NUMBER**<br>(312) 606-0383 |
| **ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?** YES NO X | |
| **ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?** YES ☐ NO X☐ | |
| **ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?** YES ☐ NO ☐X | |
| **IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?** YES ☐ NO ☐X | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐