

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08cv2003

In the Matter of

CLIFTON R. PORTER,
vs.
RUSH UNIVERSITY MEDICAL CENTER

Case Number: 08 C 2003

FILED
AUG 0 8 2008 TC
Aug 8. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF - CLIFTON R. PORTER

| NAME (Type or print) |
| --- |
| MICHAEL S YOUNG |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| /s/ Michael S Young |

| FIRM |
| --- |
| LISA KANE & ASSOCIATES, P.C. |

| STREET ADDRESS |
| --- |
|  |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, ILLINOIS 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06291111 | (312) 606-0383 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐