

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08cv2003

In the Matter of

CLIFTON R. PORTER,
vs.
RUSH UNIVERSITY MEDICAL CENTER.

Case Number: 08 C 2003

**FILED**

AUG 0 8 2008  TC
Aug 8. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF - CLIFTON R. PORTER

| NAME (Type or print) |
|---|
| TYLER MANIC |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
|  |

| FIRM |
|---|
| LISA KANE & ASSOCIATES, P.C. |

| STREET ADDRESS |
|---|
|  |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06290122 | (312) 606-0383 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO X |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X☐ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☐X |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☐X |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐

Case 1:08-cv-02003 Document 11 Filed 08/08/2008 Page 2 of 2